UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE OPERATING
ENGINEERS LOCAL 324 PENSION
FUND,

     Plaintiff,

v.

OEMC LLC,

     Defendant.

Case No. 15-cv-13964

Honorable Robert J. White

## ORDER OF RENEWED JUDGMENT AGAINST DEFENDANT OEMC LLC

This matter having come before the Court upon Plaintiffs' Ex-Parte Motion to Renew Judgment against Defendant OEMC LLC, and the Court being otherwise fully advised in the premises;

***IT IS HEREBY ORDERED*** that the Order of Renewed Judgment entered on March 7, 2016 is hereby renewed and entered against Defendant OEMC LLC for the remaining balance on the Judgment in the amount of $739,082.55 plus Judgment interest.

Dated: March 9, 2026

s/Robert J. White
Robert J. White
United States District Judge